UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HONORABLE JAMES S. MOODY, JR.**

| | | | |
|---|---|---|---|
| CASE NO. 8:17-cr-447-T-30AEP | | DATE: April 10, 2019 | |
| TITLE: USA v. **Okechukwu Desmond Amadi** | | | |
| TIME: 9:05 a.m. – 10:02 a.m. | | TOTAL: 57 minutes | |
| Courtroom Deputy: Ariana Cobb | | Interpreter: N/A | |
| Court Reporter: Nikki Peters | | Probation: David Tremmel  Pretrial: Daia Jung | |
| Counsel for Government: | Patrick Scruggs and Diego Novaes | | |
| Counsel for Defendant: | Victor Daniel Martinez | | |

**CRIMINAL MINUTES**

Court in session and counsel identified for the record.

Defendant sworn and adjudicated guilty as to Counts One, Two, and Three of the Indictment.

Defendant's objections on the calculations for sophisticated money laundering and Defendant's role are denied for reasons stated on the record.

Imprisonment: ONE HUNDRED AND THIRTY-FIVE (135) MONTHS. This term consists of a ONE HUNDRED AND THIRTY-FIVE (135) MONTH term as to each of Counts One, Two, and Three, all such terms to run concurrently.

Supervised Release: THREE (3) YEARS. This term consists of a THREE (3) YEAR term as to each of Counts One, Two, and Three, all such terms to run concurrently.

Fine is waived.

Restitution: $1,358,500.00 *(See Criminal Monetary Penalties section of the Judgment for details)* joint and several with Muhammad Naji convicted in 8:15-cr-126-T-23JSS; Priscilla Ellis, Perry Don Cortese, Kenietta Rayshawn Johnson, Stacey Merritt, Ikechukwu Derek Amadi, and Akohomen Ighedoise all convicted in 8:15-cr-320-T-23TGW; Michelle Ann Scalley convicted 8:16-cr-259-T-33JSS; and Dean Morgan convicted in 8:17-cr-254-T-36AEP.

While in the Bureau of Prisons custody, the defendant shall either (1) pay at least $25 quarterly if the defendant has a non-Unicor job or (2) pay at least 50% of his monthly earnings if the defendant has a Unicor job. **Upon release from custody**, the defendant shall make monthly payments of no less than $500.00 and this payment schedule shall continue until such time as the Court is

notified by the defendant, the victim or the government that there has been a material change in his ability to pay.

The Court finds that the defendant does not have the ability to pay interest and the Court waives the interest requirement for the restitution.

Special Assessment: $300.00 (X)  To be paid immediately.

Special conditions of supervised release:

- The mandatory drug testing provisions of the Violent Crime Control Act are waived. The Court authorizes random drug testing not to exceed 104 tests per year.

- Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, acquisitions or obligating himself for any major purchases, **or attempting to do so**, without the ***express prior approval*** of the probation officer.

- Defendant shall provide the probation officer access to any requested financial information.

- Should the defendant be deported, he shall not be allowed to re-enter the United States without the express permission of the appropriate governmental authority.

- Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

Forfeiture ordered by the Court. Forfeiture order entered on March 21, 2019 is made a part of the Judgment.

Defendant is remanded to the custody of the US Marshal.

The Court recommends that the defendant be placed at FCI Coleman.

Defendant advised of right to appeal and of right to counsel on appeal.

Defendant's counsel renews his motion for mistrial.  The Court denies Defendant's oral motion.

Defendant's counsel advises the court that the defendant is indigent and would like the sentencing transcript.  The Court directs defense counsel to file a motion.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 31 |
| Criminal History Category: | I |
| Imprisonment Range | 108-135 months |
| Supervised Release Range | 1-3 years |
| Restitution: | $1,358,500.00 |
| Fine Range | $30,000-$300,000 |
| Special Assessment | $300.00 |